UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-cv-24826-GAYLES

STEPHANIE RAMOS,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE,
EQUIFAX INFORMATION
SERVICES LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, Stephanie Ramos, and Defendant, Equifax Information Services LLC ("Equifax"), hereby jointly notify the Court that Plaintiff and Equifax have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted;

/s/ Jon P. Dubbeld_____
Jon P. Dubbeld, Esq., FBN 105869
SWIFT LAW PLLC
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
jdubbeld@swift-law.com
jmurphy@swift-law.com
*Attorneys for Plaintiff*

s/ *Jason Daniel Joffe*
Jason Daniel Joffe, Esq.
Squire Patton Boggs (US) LLP
200 S Biscayne Boulevard, Ste. 3400
Miami, FL 33131
Phone: (305) 577-7010
Fax: (305) 577-7001
Email: jason.joffe@squirepb.com
*Counsel for Defendant Equifax Information Services, LLC*