**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:23-cv-24826-GAYLES

STEPHANIE RAMOS,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE,
EQUIFAX INFORMATION
SERVICES LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, Stephanie Ramos, and Defendant, Experian Information Solutions, Inc. ("Experian"), hereby jointly notify the Court that Plaintiff and Experian have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted;

| | |
|---|---|
| /s/ Jon P. Dubbeld_____ | s/ *Taylor Rose Cavaliere* |
| Jon P. Dubbeld, Esq., FBN 105869 | Taylor Rose Cavaliere, Esq. |
| SWIFT LAW PLLC | Jones Day |
| 11300 4th Street N, Ste. 260 | 600 Brickell Ave, Ste 3300 |
| St. Petersburg, FL 33716 | Miami, FL 33131 |
| Phone: (727) 490-9919 | 305-714-9831 |
| jdubbeld@swift-law.com | Email: tcavaliere@jonesday.com |
| jmurphy@swift-law.com | *Counsel for Defendant Experian* |
| *Attorneys for Plaintiff* | *Information Solutions, Inc.* |