UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-cv-24826-GAYLES

STEPHANIE RAMOS,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE,
EQUIFAX INFORMATION
SERVICES LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
### AS TO DEFENDANTS, EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, STEPHANIE RAMOS (hereinafter, "Plaintiff"), and Defendant, EXPERIAN INFORMATION SOLTUINS, INC. (hereinafter, "Experian") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this *Joint Stipulation for Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc.* as follows:

There are no longer any issues in this matter between Plaintiff and Experian to be determined by this Court. Plaintiff and Experian hereby stipulate that all causes of action that were or could have been asserted against Experian are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: June 10, 2024

                                              Respectfully submitted,

/s/ *Jon P. Dubbeld*  
Jon P. Dubbeld, Esq.  
FBN 105869  
SWIFT LAW PLLC  
11300 4th Street N, Ste. 260  
St. Petersburg, FL 33716  
(727) 490-9919  
Fax: (727) 255-5332  
jdubbeld@swift-law.com  
*Counsel for Plaintiff*

/s/ Taylor Rose Cavaliere  
Taylor Rose Cavaliere, Esq.  
Jones Day  
600 Brickell Ave, Ste 3300  
Miami, FL 33131  
305-714-9831  
Email: tcavaliere@jonesday.com  
*Counsel for Defendant Experian Information Solutions, Inc.*

s/ *Jason Daniel Joffe*  
Jason Daniel Joffe, Esq.  
Squire Sanders & Dempsey LLP  
200 S Biscayne Boulevard  
40th Floor  
Miami, FL 33131-2398  
(305) 577-7000  
Fax: (305) 577-7001  
Email: jason.joffe@squirepb.com  
*Counsel for Defendant Equifax Information Services, LLC*

s/ *Brandon T. White*  
Brandon T. White, Esq.  
FBN: 106792  
Holland & Knight LLP  
701 Brickell Ave, Ste. 3300  
Miami, FL 33131  
(305) 789-7470  
Fax: (305) 789-7799  
Email: brandon.white@hklaw.com  
*Counsel for Defendant Barclay Bank Delaware*

s/ *Ritika Singh*  
Ritika Singh, Esq.  
Quilling, Selander, Lownds, Winslett & Moser, P.C.  
6900 N. Dallas Parkway, Ste. 800  
Plano, TX 75024  
(214) 871-2100  
Fax: (214) 871-2111  
Email: rsingh@qslwm.com  
*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2024, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendants Experian* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Jon P. Dubbeld*  
Attorney