UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-cv-24826-GAYLES

STEPHANIE RAMOS,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE,
EQUIFAX INFORMATION
SERVICES LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Stephanie Ramos, and Defendant, Barclays Bank Delaware ("Barclays"), hereby jointly notify the Court that Plaintiff and Barclays have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted;

| | |
|---|---|
| /s/ Jon P. Dubbeld_____ | s/ *Brandon T. White* |
| Jon P. Dubbeld, Esq., FBN 105869 | Brandon T. White, Esq. |
| SWIFT LAW PLLC | Holland & Knight LLP |
| 11300 4th Street N, Ste. 260 | 701 Brickell Ave, Ste. 3300 |
| St. Petersburg, FL 33716 | Miami, FL 33131 |
| Phone: (727) 490-9919 | Phone: (305) 374-8500 |
| jdubbeld@swift-law.com | Fax: (305) 789-7799 |
| jmurphy@swift-law.com | Email: brandon.white@hklaw.com |
| *Attorneys for Plaintiff* | *Counsel for Defendant Barclays Bank Delaware* |