UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-cv-24826-GAYLES

STEPHANIE RAMOS,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE,
EQUIFAX INFORMATION
SERVICES LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT, TRANS UNION LLC

Plaintiff, STEPHANIE RAMOS (hereinafter, "Plaintiff"), and Defendant, TRANS UNION LLC (hereinafter, "Trans Union") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this *Joint Stipulation for Dismissal with Prejudice as to Defendant Trans Union LLC* as follows:

There are no longer any issues in this matter between Plaintiff and Trans Union to be determined by this Court. Plaintiff and Trans Union hereby stipulate that all causes of action that were or could have been asserted against Trans Union are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: September 16, 2024

                              Respectfully submitted,

| | |
|---|---|
| /s/ *Jon P. Dubbeld*<br>Jon P. Dubbeld, Esq.<br>FBN 105869<br>SWIFT LAW PLLC<br>11300 4th Street N, Ste. 260<br>St. Petersburg, FL 33716<br>(727) 490-9919<br>Fax: (727) 255-5332<br>jdubbeld@swift-law.com<br>*Counsel for Plaintiff* | /s/ Taylor Rose Cavaliere<br>Taylor Rose Cavaliere, Esq.<br>Jones Day<br>600 Brickell Ave, Ste 3300<br>Miami, FL 33131<br>305-714-9831<br>Email: tcavaliere@jonesday.com<br>*Counsel for Defendant Experian Information Solutions, Inc.* |
| s/ *Jason Daniel Joffe*<br>Jason Daniel Joffe, Esq.<br>Squire Patton Boggs (US) LLP<br>200 S Biscayne Boulevard<br>Suite 3400<br>Miami, FL 33131-2398<br>(305) 577-7000<br>Fax: (305) 577-7001<br>Email: jason.joffe@squirepb.com<br>*Counsel for Defendant Equifax Information Services, LLC* | s/ *Brandon T. White*<br>Brandon T. White, Esq.<br>FBN: 106792<br>Holland & Knight LLP<br>701 Brickell Ave, Ste. 3300<br>Miami, FL 33131<br>(305) 789-7470<br>Fax: (305) 789-7799<br>Email: brandon.white@hklaw.com<br>*Counsel for Defendant Barclay Bank Delaware* |

s/ *Ritika Singh*
Ritika Singh, Esq.
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Ste. 800
Plano, TX 75024
(214) 871-2100
Fax: (214) 871-2111
Email: rsingh@qslwm.com
*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2024, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Trans Union* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Jon P. Dubbeld*
Attorney